Form 26

**FORM 26. Docketing Statement**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 14-1380

Gamecaster, Inc.

v.

Dreamworks Animation SKG, Inc.

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent  Gamecaster, Inc.

Party is (select one)
- ☑ Appellant/Petitioner
- ☐ Appellee/Respondent
- ☐ Cross-Appellant
- ☐ Intervenor

Tribunal appealed from and Case No.  United States Patent Trial and Appeal Board

Date of Judgment/Order  December 12, 2013    Type of Case  Third Party Patent Reexamination

Relief sought on appeal  Reversal of the PTAB's decision rejecting claim 17-33 & 42-46 as obvious.

Relief awarded below (if damages, specify)
Affirmance of Examiner's decision to adopt the rejection of claims 17-33 and 42-46 of U.S. Patent No. 7,403,220's as obvious.

Briefly describe the judgment/order appealed from
The Patent Trial Appeal Board affirmed the Examiner's decision to adopt the rejection of claims 17-33 and 42-46 of U.S. Patent No. 7,403,220 as obvious over the combination of two references, Paley and Vincent.

Form 26

**FORM 26. Docketing Statement (continued)**

Nature of judgment (select one)

☑ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; see Fed. Cir. R. 28(a)(5)) _____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued

Brief statement of the issues to be raised on appeal
(1) Should this Court reverse the USPTO Patent Trial and Appeal Board's decision finding claims 17-33 and 42-46 of U.S. Patent No. 7,403,220 are obvious over the combination of two references, Paley and Vincent?

Have there been discussions with other parties relating to settlement of this case?

☑ Yes   ☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☑ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?   ☐ Yes   ☑ No

If they were mediated, by whom? _____
N/A

Form 26

FORM 26. Docketing Statement (continued)

Do you believe that this case may be amenable to mediation?   ☑ Yes   ☐ No

If you answered no, explain why not _____

Provide any other information relevant to the inclusion of this case in the court's mediation program. _____
None

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this ~~26~~ 28th day of March, 2014

by: electronic court filing
(manner of service)

Patrick F. Bright                               /s/ Patrick Bright
Name of Counsel                                 Signature of Counsel

Law Firm Wagner, Anderson & Bright, PC

Address 3541 Ocean View Blvd.

City, State, ZIP Glendale, California 91208

Telephone Number 213-700-6637

FAX Number 818-249-9335

E-mail Address pbright@patentattorney.us