NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GAMECASTER, INC.,**
*Appellant,*

v.

**DREAMWORKS ANIMATION SKG, INC.,**
*Appellee.*

---

14-1380
(Reexamination no. 95/000,493 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

### **O R D E R**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

May 27, 2014                     /s/ Daniel E. O'Toole
                                 Daniel E. O'Toole
                                 Clerk of Court


cc: Clerk's Office, United States Patent and Trademark Office
Charles Sheldon Barquist
Patrick Francis Bright
Marc A. Hearron

**ISSUED AS A MANDATE:** May 27, 2014